UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14005-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SARAH LADOUCEUR,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSIONS TO VIOLATION NUMBERS 1, 2, 4, 6 AND 8**

**THIS CAUSE** having come before the Court on the pending Petition for Offender under Supervision ("Petition"), and this Court having convened a hearing, now recommends to the District Court as follows:

1. The Defendant appeared before this Court on July 29, 2020 for a hearing on the Petition, which alleges ten violations of supervised release. After consultation with her attorney, the Defendant announced to this Court that she wished to admit Violation Numbers 1, 2, 4, 6 and 8 as set forth in the Petition. The government agreed to seek dismissal of the remaining violations at sentencing.

2. Defendant admitted the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to satisfy the Court Ordered restitution. On December 11, 2014, restitution in the amount of $12,311.57 was ordered by the Court, to be paid at $75 per month, as monitored by the U.S. Probation Officer. The defendant is currently $877.61 in arrears with her payments. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 12, 2018, in |

|  |  |
|---|---|
|  | Indian River County, Florida, the defendant committed the offense of Burglary, contrary to Florida Statute 810.02, as evidenced by case number 2018-00062960 and the defendant's verbal admission to [the probation officer] on April 25, 2018. |
| **Violation Number 4** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 19, 2018, in St. Lucie County, Florida, the defendant committed the offense of Grand Theft, contrary to Florida Statute 812.014, as evidenced by case number 18-05121 and the defendant's verbal admission to [the probation officer] on April 25, 2018. |
| **Violation Number 6** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 21, 2018, in Indian River County, Florida, the defendant committed the offense of Fraudulent Use of Credit Card ($100 or More), contrary to Florida Statute 817.61, as evidenced by case number 2018-68259 and the defendant's verbal admission to [the probation officer] on April 25, 2018. |
| **Violation Number 8** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On April 25, 2018, the defendant admitted to using Cocaine on or about April 20, 2018. |

3. This Court questioned the Defendant on the record and made certain that she understood her right to an evidentiary hearing on Violation Numbers 1, 2, 4, 6, and 8. The Defendant acknowledged that she understood her rights in that regard and further understands that if her admissions are accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

4. The Government verbally proffered a factual basis for the admissions into the record. After listening to the Government's proffer, the Defendant acknowledged that she completely understands the factual proffer and agrees that it accurately set forth the facts in her case as she understands them to be. She agreed that the government could prove those facts against

her were a hearing to be held in this matter. This Court finds that the facts set forth in the government's proffer establish a sufficient basis to support Defendant's admissions to Violation Numbers 1, 2, 4, 6 and 8.

5.   The possible maximum penalties faced by the Defendant were read into the record by the government, and the Defendant stated that she understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated the terms and conditions of her supervised release in respect to Violation Numbers 1, 2, 4, 6 and 8, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 31st day of July, 2020.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE