UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14005-TP-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SARAH LADOUCEUR,

    Defendant.
_____/

REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 THROUGH 5

**THIS CAUSE** came before me on December 18, 2023. Having conducted a hearing, I recommend as follows:

1.    A Petition for Warrant for Offender Under Supervision (the "Petition") was filed in this case on October 17, 2023. DE 52.

2.    The Defendant appeared before me for a hearing on December 15, 2023. The Defendant stated that she wished to admit Violation Numbers 1 through 5, inclusive.

3.    I advised the Defendant of her right to have the District Judge assigned to this case accept her admissions. I advised that I was conducting the hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that she did not have to permit me to conduct this hearing but could request a United States District Judge to take her admissions instead. The Defendant

consented and agreed on the record to have a United States Magistrate Judge accept her admissions.

4. The Defendant admitted Violation Numbers 1 through 5, inclusive, as set forth in the Petition.

5. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that she understood those penalties.

6. I questioned the Defendant on the record and made certain that she understood her right to an evidentiary hearing. The Defendant acknowledged that she understood her rights in that regard and further understood that if her admissions to Violation Numbers 1 through 5 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

7. The Government proffered supporting facts into the record. The Defendant agreed that these facts were true and correct, and the Government could prove these facts if a hearing were held in this matter. Having heard the Government's proffer and the Defendant's admission thereto, I find that there is a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1 through 5, inclusive.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of her supervised release as set forth in Violation Numbers 1 through 5, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule

59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this <u>21st</u> day of December, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE